IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

RONALD R. SHEPARD,

    Plaintiff,

v.                                CASE NO. 1:14-cv-39-MW-GRJ

OFFICE OF THE STATE ATTORNEY, et al.,

    Defendants.

_____/

## REPORT AND RECOMMENDATION

Plaintiff was ordered to file a Prisoner Consent and Financial Certificate on or before June 23, 2014, and was further ordered to file an Amended Complaint on or before June 30, 2014.  Docs. 11, 12.  Plaintiff was warned that if he failed to comply with the Orders within the allotted time, his case would be dismissed.  *Id*.  As of this date, Plaintiff has failed to comply.

Accordingly, it is respectfully **RECOMMENDED** that leave to proceed as a pauper, Doc. 9, be **DENIED**, and that this case be dismissed without prejudice for failure to comply with an order of the Court and failure to prosecute.

**IN CHAMBERS** this 16th day of July 2014.

*s/ Gary R. Jones*
GARY R. JONES
United States Magistrate Judge

## **NOTICE TO THE PARTIES**

**A party may file specific, written objections to the proposed findings and recommendations within 14 days after being served with a copy of this report and recommendation. A party may respond to another party's objections within 14 days after being served with a copy thereof. Failure to file specific objections limits the scope of review of proposed factual findings and recommendations.**