IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

**RONALD R. SHEPARD,**

      **Plaintiff,**

v.                                          **CASE NO.  1:14cv39-MW/GRJ**

**OFFICE OF THE
STATE ATTORNEY, et al.,**

      **Defendants.**

_____/

**ORDER ACCEPTING AND ADOPTING REPORT AND
<u>RECOMMENDATION</u>**

This Court has considered, without hearing, the Magistrate's Report and Recommendation, ECF No.13, filed July 16, 2014.  Upon consideration, no objection having been filed by Plaintiff,

IT IS ORDERED:

The report and recommendation is **accepted and adopted** as this Court's opinion.

Plaintiff's motion for leave to proceed as a pauper, ECF No. 9, is **DENIED**. The Clerk shall enter judgment stating, "This case is **DISMISSED without**

1

**prejudice** for failure to comply with an order of the Court and failure to prosecute."    The Clerk shall close the file.

    **SO ORDERED on August 25, 2014.**

<u>s/Mark E. Walker</u>
**United States District Judge**
